IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LIONEL CRAWFORD,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4780

Opinion filed January 30, 2015.

Petition Seeking Belated Appeal -- Original Jurisdiction.

Lionel Crawford, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition seeking a belated appeal of the order rendered on or about July 11, 2014, denying petitioner's motion for postconviction relief in Jackson County Circuit Court case number 12-076-CF, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.